# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| INTELLIGENT MEDICAL OBJECTS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. _____ |
| HEALTH FIDELITY, INC., | ) ) |
| Defendant. | ) ) ) |

## COMPLAINT

Plaintiff, Intelligent Medical Objects, Inc. ("IMO"), by its attorneys, brings this Complaint against Defendant, Health Fidelity, Inc. ("HFI"), for injunctive relief, damages, and attorneys' fees. Plaintiff alleges as follows:

## INTRODUCTION

1. This action has been filed by IMO to combat HFI's wrongful use of IMO's intellectual property and includes claims for violations of the Copyright Act (17 U.S.C. §§ 101-1332) and breach of contract.

## PARTIES

2. Plaintiff, Intelligent Medical Objects, Inc. is an Illinois corporation with its principal place of business in at 60 Revere Drive, Suite 360, Northbrook, Illinois 60062.

3. Defendant Health Fidelity, Inc. is a Delaware corporation with its principal place of business at 325 Sharon Park Drive, #730, Menlo Park, California 94025.

**JURISDICTION AND VENUE**

4. This Court's jurisdiction arises from the fact that: (i) this is an action brought under the Copyright Laws of the United States, and 17 U.S.C. §§ 101-1332, jurisdiction being conferred by 28 U.S.C. §§ 1331 and 1338; (ii) this is a civil action in which Plaintiff and Defendant are citizens of different states and the value of the matter in controversy exceeds seventy-five thousand dollars ($75,000) exclusive of interest and costs, jurisdiction being conferred under 28 U.S.C. § 1332(a); and (iii) certain claims are joined with substantial and related claims under the Laws of the United States, jurisdiction being conferred by 28 U.S.C. § 1367.

5. This Court may exercise personal jurisdiction over Defendant based Defendant's consent to jurisdiction in Illinois for all disputes arising out of or relating to a License Agreement between the parties dated June 27, 2012. The claims alleged in this complaint relate to that agreement.

6. Venue is proper within the Northern District of Illinois pursuant to 28 U.S.C. §§ 1391(b), (c), 1400(a).

**FACTUAL BACKGROUND**

7. Founded in 1994, IMO specializes in developing, managing and licensing medical vocabularies for medical record systems. IMO's clinical interface terminology helps map diagnostic terminologies to medical concepts and billing codes. IMO's medical vocabularies are regularly updated to maintain current mappings to standardized vocabularies and codes. IMO's product suite provides one of the most complete sets of mappings of medical vocabularies in the world. As a result, IMO's products have been licensed by and incorporated into many of the leading medical record systems in the United States and expanding abroad.

8. IMO's products include IMO Vocabulary Portal, IMO Problem IT, IMO Procedure IT and IMO Medication IT, hereafter collectively referred to as the "Service", that are updated and expanded on a regularly scheduled basis.

9. Founded in 2011, HFI has developed a clinical natural language processing platform that enables medical practitioners and administrators to utilize collected medical information in electronic systems, hereafter referred to as the "Client Application."

10. IMO and HFI entered into a License Agreement dated June 27, 2012 (the "Agreement"), in which IMO granted HFI a license to use the Service solely as part of an "Integrated Service" in which some or all of the Service is embedded in the Client Application.

11. The Agreement strictly limits HFI's use of the Service to use in connection with the Integrated Service as contemplated by the Agreement and prohibits HFI from creating derivative works or reverse engineering IMO's Service.

12. The Agreement contains a provision that prevents release or disclosure to unauthorized third parties of confidential information consisting of all non-public information, including written documents and non-tangible information furnished by one party to the other. The Service constitutes Confidential Information under the Agreement.

13. Recently, IMO discovered that HFI or its agent, directly or indirectly, accessed and used the Service by making 1.2 million requests to the Service for mappings between February 4, 2014, and April 1, 2014. Several times, there were over 10,000 requests in a single session. The requests were primarily unique inquiries that are not consistent with *bona fide* clinical use of the Service. Instead, this improper use of the Service is consistent with an effort to reverse engineer IMO's entire database and demonstrates use of the Service in a manner that is

not contemplated by the Agreement in violation of IMO's intellectual property rights in the Service.

14. On April 4, 2014, IMO provided HFI with a formal notice of breach and demand for cure. On April 9, 2014, HFI responded with a general denial of any breach. On April 10, 2014, IMO demanded specific documents and information from HFI to substantiate its claim that it is not in breach of the Agreement. HFI has failed to provide the requested documents and information.

15. On information and belief, HFI has used the Service in a manner that is outside the scope of the use allowed by the Agreement and has disclosed IMO's Confidential Information to third parties in violation of the Agreement. Such uses may include, but are not limited to, unauthorized creation of derivative works to compete with IMO, distribution of unauthorized works in competition with IMO, and unauthorized copying and use of IMO's Service to enhance, update or improve the content of third party goods and/or services in competition with IMO.

## COUNT I – COPYRIGHT INFRINGEMENT

16. IMO incorporates the allegations of Paragraphs 2 through 15.

17. The core of IMO's business is the development and licensing of original works of authorship fixed in a tangible means of expression as part of the Service. The works are subject to copyright protection under 17 U.S.C. §101 and have been registered with the United States Copyright Office as identified in **Exhibit A** (hereinafter collectively referred to as "IMO Copyrighted Materials").

18. IMO owns all rights, title, and interest in and to, and holds the exclusive rights to reproduce, prepare derivatives, distribute, and display the IMO Copyrighted Materials.

19. HFI has had access to IMO Copyrighted Materials.

20. Upon information and belief, HFI has reproduced, prepared derivative works, distributed, displayed or otherwise exploited IMO Copyright Materials in a manner that is outside the scope of the Agreement and is otherwise without IMO's permission or authorization.

21. Upon information and belief, HFI has infringed and continues to infringe IMO's exclusive rights in its copyrighted work(s) in violation of 17. U.S.C. §§ 106(1)-106(6).

22. The foregoing acts of infringement by Defendant were done with full knowledge of IMO's exclusive rights and have been willful and intentional, in deliberate disregard of and indifference to the rights of IMO.

23. Defendant's acts have greatly and irreparably injured IMO and will continue to so injure them unless restrained by this Court; wherefore IMO is without an adequate remedy at law.

## COUNT II – BREACH OF AGREEMENT (CONFIDENTIALITY)

24. IMO incorporates the allegations of Paragraphs 2 through 23.

25. The Service is comprised of or contains Confidential Information under the Agreement.

26. On information and belief, HFI has released and disclosed to third parties IMO's Confidential Information in violation of the non-disclosure provisions of the Agreement.

27. The improper release and disclosure of Confidential Information cannot be cured after the fact.

28. Upon information and belief, HFI intends to continue these improper acts, unless restrained by this Court.

29. HFI's acts have damaged and will continue to damage IMO unless restrained; wherefore IMO has no adequate remedy at law.

## **PRAYER FOR RELIEF**

WHEREFORE, in consideration of the foregoing, IMO prays for judgment as follows:

1. A preliminary and permanent injunction enjoining and restraining HFI, its agents, servants, employees, officers, attorneys, successors, licensees, partners, and assigns, and all persons acting in concert or participation with each or any of them, from:

   (a) Directly or indirectly infringing in any manner any of the IMO Copyrighted Materials or other exclusive rights, whether now in existence or hereafter created;

   (b) Causing, contributing to, enabling, encouraging, facilitating, promoting and inducing or participating in the infringement of any of the IMO Copyrighted Materials or other exclusive rights, whether now in existence or hereafter created;

   (c) Directly or indirectly, utilizing, divulging, copying, cloning, recreating, and/or modifying IMO's confidential information;

2. Ordering HFI to file with the Court and serve on IMO within thirty (30) days after the service on HFI of such injunction a report in writing, under oath, setting forth in detail the manner and form in which HFI has complied with the injunction;

3. Awarding IMO statutory damages for all copyright infringements, including but not limited to willful copyright infringement, involved in the action pursuant to 17 U.S.C. §504(c) or in the alternative, awarding Defendant's profits and/or such actual damages as IMO has sustained as a result of HFI's copyright infringement, pursuant to 17 U.S.C. § 504(b);

4. Awarding IMO the costs of this action and its reasonable attorneys' fees pursuant to the Agreement and Copyright law; and

5. Awarding IMO such other relief as this Court may deem just and proper.

**DATED**: April 22, 2014

Respectfully submitted,

/s/JordanAArnot_____
**PARTRIDGE IP LAW P.C.**
Mark V.B. Partridge (mark@partridgeiplaw.com)
Jordan A. Arnot (jarnot@partridgeiplaw.com)
321 North Clark Street, Suite 720
Chicago, Illinois 60654
Tel:  (312) 634-9500
Fax:  (312) 275-7503

*Attorneys for the Plaintiff*
*Intelligent Medical Objects, Inc*

# EXHIBIT A

| Title of Copyrighted Work | U.S. Copyright Registration Number | Date |
|---|---|---|
| IMO Problem (IT) - 2005 R1. | TX0007422293 | 2005 |
| IMO Problem (IT) - 2005 R2. | TX0007422295 | 2005 |
| IMO Problem (IT) - 2005 R3. | TX0007421584 | 2005 |
| IMO Problem (IT) - 2005 R4. | TX0007422952 | 2005 |
| IMO Problem (IT) - 2005 R5. | TX0007422260 | 2005 |
| IMO Problem (IT) - 2005 R6. | TX0007421571 | 2005 |
| IMO Problem (IT) - 2005 Regulatory A. | TX0007422254 | 2004 |
| IMO Problem (IT) - 2006 R1.1. | TX0007422953 | 2005 |
| IMO Problem (IT) - 2006 R1.2. | TX0007421574 | 2005 |
| IMO Problem (IT) - 2006 R1.3. | TX0007422970 | 2005 |
| IMO Problem (IT) - 2006 R1.4. | TX0007422951 | 2006 |
| IMO Problem (IT) - 2006 R2.1. | TX0007421349 | 2006 |
| IMO Problem (IT) - 2006 R2.2. | TX0007422258 | 2006 |
| IMO Problem (IT) - 2006 R2.3. | TX0007421577 | 2006 |
| IMO Problem (IT) - 2006 R2.4. | TX0007421353 | 2006 |
| IMO Problem (IT) - 2006 Regulatory. | TX0007422264 | 2006 |
| IMO Problem (IT) - 2006 Regulatory 2. | TX0007421355 | 2006 |
| IMO Problem (IT) - 2007 R1.1. | TX0007422280 | 2006 |
| IMO Problem (IT) - 2007 R1.2. | TX0007421600 | 2006 |
| IMO Problem (IT) - 2007 R1.3. | TX0007422974 | 2006 |
| IMO Problem (IT) - 2007 R1.4. | TX0007422240 | 2007 |
| IMO Problem (IT) - 2007 R2.1. | TX0007421356 | 2007 |
| IMO Problem (IT) - 2007 R2.2. | TX0007422966 | 2007 |
| IMO Problem (IT) - 2007 R2.3. | TX0007422965 | 2007 |
| IMO Problem (IT) - 2007 R2.4. | TX0007422959 | 2007 |
| IMO Problem (IT) - 2007 Regulatory. | TX0007421358 | 2006 |
| IMO Problem (IT) - 2007 Regulatory 2. | TX0007422242 | 2007 |
| IMO Problem (IT) - 2008 R1.1. | TX0007422960 | 2007 |
| IMO Problem (IT) - 2008 R1.2. | TX0007422963 | 2007 |
| IMO Problem (IT) - 2008 R1.3. | TX0007422234 | 2007 |
| IMO Problem (IT) - 2008 R1.4. | TX0007422968 | 2008 |
| IMO Problem (IT) - 2008 R2.1. | TX0007422971 | 2008 |
| IMO Problem (IT) - 2008 R2.2. | TX0007422292 | 2008 |

# EXHIBIT A

| Title of Copyrighted Work | U.S. Copyright Registration Number | Date |
|---|---|---|
| IMO Problem (IT) - 2008 R2.3. | TX0007422283 | 2008 |
| IMO Problem (IT) - 2008 R2.4. | TX0007422303 | 2008 |
| IMO Problem (IT) - 2008 Regulatory 1. | TX0007422961 | 2007 |
| IMO Problem (IT) - 2008 Regulatory 1A. | TX0007422964 | 2007 |
| IMO Problem (IT) - 2008 Regulatory 2. | TX0007420789 | 2008 |
| IMO Problem (IT) - 2009 Regulatory. | TX0007283210 | 2009 |
| IMO Problem (IT) - 2009 Regulatory Release 2. | TX0007326004 | 2009 |
| IMO Problem (IT) - 2009 Release 1.1. | TX0007283213 | 2008 |
| IMO Problem (IT) - 2009 Release 1.2. | TX0007283234 | 2008 |
| IMO Problem (IT) - 2009 Release 1.3. | TX0007283232 | 2009 |
| IMO Problem (IT) - 2009 Release 1.4. | TX0007283230 | 2009 |
| IMO Problem (IT) - 2009 Release 2.1. | TX0007283229 | 2009 |
| IMO Problem (IT) - 2009 Release 2.2. | TX0007283228 | 2009 |
| IMO Problem (IT) - 2009 Release 2.3. | TX0007283227 | 2009 |
| IMO Problem (IT) - 2009 Release 2.4. | TX0007283225 | 2009 |
| IMO Problem (IT) - 2010 Regulatory. | TX0007267774 | 2009 |
| IMO Problem (IT) - 2010 Regulatory Release. | TX0007283414 | 2009 |
| IMO Problem (IT) - 2010 Regulatory Release 2. | TX0007268564 | 2010 |
| IMO Problem (IT) - 2010 Release 1.1. | TX0007269101 | 2009 |
| IMO Problem (IT) - 2010 Release 1.2. | TX0007269098 | 2009 |
| IMO Problem (IT) - 2010 Release 1.3. | TX0007267772 | 2010 |
| IMO Problem (IT) - 2010 Release 1.4. | TX0007269096 | 2010 |
| IMO Problem (IT) - 2010 Release 2.1. | TX0007283214 | 2010 |
| IMO Problem (IT) - 2010 Release 2.2. | TX0007268567 | 2010 |
| IMO Problem (IT) - 2010 Release 2.3. | TX0007320707 | 2010 |
| IMO Problem (IT) - 2011 R2.1. | TX0007421549 | 2011 |
| IMO Problem (IT) - 2011 R2.2. | TX0007421568 | 2011 |
| IMO Problem (IT) - 2011 R2.3. | TX0007421560 | 2011 |
| IMO Problem (IT) - 2011 R2.4. | TX0007540699 | 2011 |
| IMO Problem (IT) - 2011 Regulatory 1. | TX0007464908 | 2010 |
| IMO Problem (IT) - 2011 Regulatory 2. | TX0007540701 | 2011 |
| IMO Problem (IT) - 2011 Regulatory 2. | TX0007420972 | 2011 |
| IMO Problem (IT) - 2011 Regulatory Patch1. | TX0007421548 | 2010 |

# EXHIBIT A

| Title of Copyrighted Work | U.S. Copyright Registration Number | Date |
|---|---|---|
| IMO Problem (IT) - 2011 Regulatory Release. | TX0007323920 | 2010 |
| IMO Problem (IT) - 2011 Release 1.1. | TX0007326035 | 2010 |
| IMO Problem (IT) - 2011 Release 1.2. | TX0007326031 | 2010 |
| IMO Problem (IT) - 2011 Release 1.3. | TX0007326007 | 2011 |
| IMO Problem (IT) - 2011 Release 1.4. | TX0007326026 | 2011 |
| IMO Problem (IT) - 2012 R1.1. | TX0007464346 | 2011 |
| IMO Problem (IT) - 2012 R1.2. | TX0007489467 | 2011 |
| IMO Problem (IT) - 2012 R1.3. | TX0007489392 | 2011 |
| IMO Problem (IT) - 2012 Regulatory. | TX0007540693 | 2011 |
| IMO Problem (IT) - 2012 Regulatory. | TX0007464444 | 2011 |
| IMO Problem (IT) - 2012 Regulatory 2. | TX0007539568 | 2012 |
| IMO Problem (IT) - 2012 Release 1.3. | TX0007539626 | 2012 |
| IMO Problem (IT) - 2012 Release 1.4. | TX0007539627 | 2012 |
| IMO Problem (IT) - 2012 Release 2.1. | TX0007540907 | 2012 |
| IMO Problem (IT) - 2012 Release 2.2. | TX0007576911 | 2012 |
| IMO Problem (IT) - 2012 Release 2.3. | TX0007580340 | 2012 |
| IMO Problem (IT) - 2012 Release 2.4. | TX0007580350 | 2012 |
| IMO Problem (IT) - 2013 Regulatory 1. | TX0007614226 | 2012 |
| IMO Problem (IT) - 2013 Release 1.1. | TX0007650453 | 2012 |
| IMO Problem (IT) - 2013 Release 1.2. | TX0007660793 | 2012 |
| IMO Problem (IT) - 2013 Release 2.3. | TX0007773285 | 2013 |
| IMO Problem (IT) - 2014 PHT Release 1.05. | TX0007794320 | 2013 |
| IMO Procedure (IT) - 2004 R1. | TX0007426585 | 2004 |
| IMO Procedure (IT) - 2005 R1. | TX0007420128 | 2005 |
| IMO Procedure (IT) - 2005 R2a. | TX0007420116 | 2005 |
| IMO Procedure (IT) - 2005 Regulatory. | TX0007423467 | 2004 |
| IMO Procedure (IT) - 2006 R1. | TX0007474255 | 2006 |
| IMO Procedure (IT) - 2006 R2. | TX0007420784 | 2006 |
| IMO Procedure (IT) - 2006 R3. | TX0007420113 | 2006 |
| IMO Procedure (IT) - 2006 Regulatory. | TX0007420110 | 2005 |
| IMO Procedure (IT) - 2007 R1. | TX0007421206 | 2007 |
| IMO Procedure (IT) - 2007 R2. | TX0007421198 | 2007 |
| IMO Procedure (IT) - 2007 R3. | TX0007421214 | 2007 |

# EXHIBIT A

| Title of Copyrighted Work | U.S. Copyright Registration Number | Date |
|---|---|---|
| IMO Procedure (IT) - 2007 Regulatory. | TX0007420085 | 2006 |
| IMO Procedure (IT) - 2008 R1. | TX0007421550 | 2008 |
| IMO Procedure (IT) - 2008 R2. | TX0007421533 | 2008 |
| IMO Procedure (IT) - 2008 R3. | TX0007421523 | 2008 |
| IMO Procedure (IT) - 2008 Regulatory. | TX0007421526 | 2007 |
| IMO Procedure (IT) - 2009 Regulatory Release. | TX0007328599 | 2008 |
| IMO Procedure (IT) - 2009 Release 1. | TX0007268158 | 2009 |
| IMO Procedure (IT) - 2009 Release 2. | TX0007328606 | 2009 |
| IMO Procedure (IT) - 2009 Release 3. | TX0007328612 | 2009 |
| IMO Procedure (IT) - 2010 Regulatory Release. | TX0007268408 | 2009 |
| IMO Procedure (IT) - 2010 Release 1. | TX0007325998 | 2010 |
| IMO Procedure (IT) - 2010 Release 2. | TX0007325990 | 2010 |
| IMO Procedure (IT) - 2010 Release 3. | TX0007323994 | 2010 |
| IMO Procedure (IT) - 2011 R1. | TX0007420805 | 2011 |
| IMO Procedure (IT) - 2011 R2. | TX0007420813 | 2011 |
| IMO Procedure (IT) - 2011 R3. | TX0007463227 | 2011 |
| IMO Procedure (IT) - 2011 Regulatory Release. | TX0007326024 | 2010 |
| IMO Procedure (IT) - 2011 Regulatory Update 1. | TX0007420809 | 2011 |
| IMO Procedure (IT) - 2012 Regulatory. | TX0007489383 | 2011 |
| IMO Procedure (IT) - 2012 Release 1. | TX0007539572 | 2012 |
| IMO Procedure (IT) - HCPCS - 2004 R1. | TX0007420130 | 2004 |
| IMO Procedure (IT) - HCPCS - 2005 R2. | TX0007421579 | 2005 |
| IMO Procedure (IT) - HCPCS - 2006 R1. | TX0007421608 | 2006 |
| IMO Procedure (IT) - HCPCS - 2006 R2. | TX0007422239 | 2006 |
| IMO Procedure (IT) - HCPCS - 2006 R3. | TX0007422236 | 2006 |
| IMO Procedure (IT) - HCPCS - 2006 Regulatory. | TX0007421604 | 2005 |
| IMO Procedure (IT) - HCPCS - 2007 R1. | TX0007422248 | 2007 |
| IMO Procedure (IT) - HCPCS - 2007 R2. | TX0007420791 | 2007 |
| IMO Procedure (IT) - HCPCS - 2007 R3. | TX0007421551 | 2007 |
| IMO Procedure (IT) - HCPCS - 2007 Regulatory. | TX0007422250 | 2006 |
| IMO Procedure (IT) - HCPCS - 2008 R1. | TX0007420992 | 2008 |
| IMO Procedure (IT) - HCPCS - 2008 R2. | TX0007421031 | 2008 |
| IMO Procedure (IT) - HCPCS - 2008 R3. | TX0007421037 | 2008 |

# EXHIBIT A

| Title of Copyrighted Work | U.S. Copyright Registration Number | Date |
|---|---|---|
| IMO Procedure (IT) - HCPCS - 2008 Regulatory. | TX0007421528 | 2008 |
| IMO Procedure (IT) - HCPCS - 2008 Regulatory mini. | TX0007421530 | 2008 |
| IMO Procedure (IT) - HCPCS - 2009 Regulatory Release. | TX0007268418 | 2008 |
| IMO Procedure (IT) - HCPCS - 2009 Release 1. | TX0007268413 | 2009 |
| IMO Procedure (IT) - HCPCS - 2009 Release 2. | TX0007268420 | 2009 |
| IMO Procedure (IT) - HCPCS - 2009 Release 3. | TX0007269963 | 2009 |
| IMO Procedure (IT) - HCPCS - 2010 Regulatory Release. | TX0007268416 | 2009 |
| IMO Procedure (IT) - HCPCS - 2010 Release 1. | TX0007325921 | 2010 |
| IMO Procedure (IT) - HCPCS - 2010 Release 2. | TX0007326000 | 2010 |
| IMO Procedure (IT) - HCPCS - 2010 Release 3. | TX0007325999 | 2010 |
| IMO Procedure (IT) - HCPCS - 2011 R1. | TX0007420981 | 2011 |
| IMO Procedure (IT) - HCPCS - 2011 R2. | TX0007421527 | 2011 |
| IMO Procedure (IT) - HCPCS - 2011 Regulatory Patch1. | TX0007420988 | 2010 |
| IMO Procedure (IT) - HCPCS - 2011 Regulatory Release. | TX0007326041 | 2010 |
| [IMO Procedure (IT) - HCPCS - 2012 Regulatory] | TX0007751383 | 2011 |
| IMO Procedure (IT) - HCPCS - 2012 Release 1. | TX0007576920 | 2012 |
| IMO Procedure (IT) - HCPCS - 2012 Release 1. | TX0007539614 | 2012 |
| IMO Procedure (IT) - HCPCS - 2012 Release 2. | TX0007576914 | 2012 |
| IMO Procedure (IT) - HCPCS - 2012 Release 3. | TX0007614217 | 2012 |
| IMO Procedure (IT) - HCPCS - 2013 Regulatory. | TX0007650463 | 2012 |
| IMO Procedure (IT) - HCPCS - 2013 Release 3. | TX0007794314 | 2013 |
| IMO Procedure (IT) - ICDP - 2004 R2. | TX0007421362 | 2004 |
| IMO Procedure (IT) - ICDP - 2005 Regulatory. | TX0007422955 | 2005 |
| IMO Procedure (IT) - ICDP - 2005 Regulatory 1. | TX0007421365 | 2005 |
| IMO Procedure (IT) - ICDP - 2006 R1.1. | TX0007422306 | 2005 |
| IMO Procedure (IT) - ICDP - 2006 R2. | TX0007421371 | 2006 |
| IMO Procedure (IT) - ICDP - 2006 R2.1. | TX0007422300 | 2006 |
| IMO Procedure (IT) - ICDP - 2006 Regulatory. | TX0007421374 | 2005 |
| IMO Procedure (IT) - ICDP - 2007 R1.1. | TX0007422950 | 2006 |
| IMO Procedure (IT) - ICDP - 2007 R2.1. | TX0007421069 | 2007 |
| IMO Procedure (IT) - ICDP - 2007 Regulatory. | TX0007421368 | 2006 |
| IMO Procedure (IT) - ICDP - 2007 Regulatory 2. | TX0007422972 | 2007 |
| IMO Procedure (IT) - ICDP - 2008 R1.1. | TX0007421074 | 2007 |

# EXHIBIT A

| Title of Copyrighted Work | U.S. Copyright Registration Number | Date |
|---|---|---|
| IMO Procedure (IT) - ICDP - 2008 R2.1. | TX0007421077 | 2008 |
| IMO Procedure (IT) - ICDP - 2008 Regulatory 2. | TX0007420127 | 2008 |
| IMO Procedure (IT) - ICDP - 2008 Regulatory1. | TX0007420925 | 2007 |
| IMO Procedure (IT) - ICDP - 2008 Regulatory2. | TX0007421197 | 2008 |
| IMO Procedure (IT) - ICDP - 2009 Regulatory 2. | TX0007268138 | 2009 |
| IMO Procedure (IT) - ICDP - 2009 Regulatory Release. | TX0007268136 | 2008 |
| IMO Procedure (IT) - ICDP - 2009 Release 1.1. | TX0007268222 | 2008 |
| IMO Procedure (IT) - ICDP - 2009 Release 2.1. | TX0007269091 | 2009 |
| IMO Procedure (IT) - ICDP - 2010 Regulatory Release. | TX0007268139 | 2009 |
| IMO Procedure (IT) - ICDP - 2010 Regulatory Release 2. | TX0007320708 | 2010 |
| IMO Procedure (IT) - ICDP - 2010 Release 1.1. | TX0007268143 | 2009 |
| IMO Procedure (IT) - ICDP - 2010 Release 2.1. | TX0007319588 | 2010 |
| IMO Procedure (IT) - ICDP - 2011 R2.1. | TX0007420803 | 2011 |
| IMO Procedure (IT) - ICDP - 2011 Regulatory 2. | TX0007420811 | 2011 |
| IMO Procedure (IT) - ICDP - 2011 Regulatory Release 1. | TX0007326097 | 2010 |
| IMO Procedure (IT) - ICDP - 2011 Regulatory Release 2. | TX0007326043 | 2011 |
| IMO Procedure (IT) - ICDP - 2011 Release 1.1. | TX0007326011 | 2010 |
| IMO Procedure (IT) - ICDP - 2012 R1.1. | TX0007488915 | 2011 |
| IMO Procedure (IT) - ICDP - 2012 Regulatory 2. | TX0007539621 | 2012 |
| IMO Problem (IT) - ICD-10-CM 2012 R 2.1. | TX0007576903 | 2012 |
| IMO Problem (IT) - ICD-10-CM 2012 R1.1. | TX0007488847 | 2011 |
| IMO Problem (IT) - ICD-10-CM 2012 R1.2. | TX0007488852 | 2011 |
| IMO Problem (IT) - ICD-10-CM 2012 R1.3. | TX0007488891 | 2012 |
| IMO Problem (IT) - ICD-10-CM 2012 R2.2. | TX0007576907 | 2012 |
| IMO Problem (IT) - ICD-10-CM 2012 Regulatory. | TX0007488862 | 2011 |
| IMO Problem (IT) - ICD-10-CM 2012 Regulatory 2. | TX0007599998 | 2012 |
| IMO Problem (IT) - ICD-10-CM - 2012 Release 1.4. | TX0007539628 | 2012 |
| IMO Problem (IT) - ICD-10-CM - 2012 Release 2.3. | TX0007580354 | 2012 |
| IMO Problem (IT) - ICD-10-CM 2013 Regulatory. | TX0007614201 | 2012 |
| IMO Problem (IT) - ICD-10-CM 2013 Regulatory 2. | TX0007714347 | 2013 |
| IMO Problem (IT) - ICD-10-CM 2013 Release 1.1. | TX0007650459 | 2012 |
| IMO Problem (IT) - ICD-10-CM 2013 Release 1.2. | TX0007650456 | 2012 |
| IMO Problem (IT) - ICD-10-CM 2013 Release 2.3. | TX0007773199 | 2013 |

# EXHIBIT A

| Title of Copyrighted Work | U.S. Copyright Registration Number | Date |
|---|---|---|
| IMO Problem (IT) - ICD-10-CM 2014 R1.05. | TX0007794329 | 2013 |
| IMO Procedure (IT) - 2012 Release 2. | TX0007580347 | 2012 |
| IMO Procedure (IT) 2012 Release 3. | TX0007614221 | 2012 |
| IMO Procedure (IT) 2013 Regulatory. | TX0007660796 | 2012 |
| IMO Procedure (IT) 2013 Release 1. | TX0007724962 | 2013 |
| IMO Procedure (IT) 2013 Release 2. | TX0007773205 | 2013 |
| IMO Procedure (IT) 2013 Release 3. | TX0007794410 | 2013 |
| IMO Procedure (IT) FULL 2011 R1.2. | TX0007488920 | 2011 |
| IMO Procedure (IT) FULL 2011 R1 Update1. | TX0007488925 | 2011 |
| IMO Procedure (IT) FULL 2011 R1 Update2. | TX0007489397 | 2011 |
| IMO Procedure (IT) FULL 2011 R2. | TX0007488860 | 2011 |
| IMO Procedure (IT) FULL 2011 R3. | TX0007488903 | 2011 |
| IMO Procedure (IT) FULL 2012 R2. | TX0007580342 | 2012 |
| IMO Procedure (IT) FULL - 2012 Release 1. | TX0007539596 | 2012 |
| IMO Procedure (IT) FULL 2012 Release 3. | TX0007614218 | 2012 |
| IMO Procedure (IT) FULL 2013 June Release. | TX0007773213 | 2013 |
| IMO Procedure (IT) FULL 2013 Regulatory. | TX0007660795 | 2012 |
| IMO Procedure (IT) FULL 2013 September. | TX0007794317 | 2013 |